THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robin Danelle Steward,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion 
 No. 2003-UP-573
Submitted July 15, 2003  Filed October 
 1, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of South 
 Carolina Department of Probation, Parole and Pardon Services, of Columbia, for 
 Respondent.
 
 
 

PER CURIAM:  Robin Danelle Steward appeals from an order of the trial 
 court revoking her probation.  Steward pled guilty to grand larceny.  She was 
 sentenced to five years, suspended upon the service of five years probation.  
 Steward violated her probation.  The judge revoked her probation in full and 
 reinstated the five year sentence.  Stewards appellate counsel filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally 
 submitted a petition to be relieved from representation, asserting there are 
 no directly appealable issues of arguable merit.  Steward did not file a pro 
 se response with the Court.
After a review of the record
pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal
and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.